# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

Daniel Luke Meier

Plaintiff


v.

Case:2:22-cv-12991
Judge: Edmunds, Nancy G.
MJ: Patti, Anthony P.
Filed: 12-09-2022 At 12:02 PM
Meier v Wyndham Hotels and Resorts
Corporation, et al (LG)


Wyndham Hotels and Resorts Corporation

Joshua Levon Broughton

James Cory Broughton

Detective Mike Long Van Buren Police

Officer Patrick Wherman Van Buren Police

Chief of Police Jason J. Wright Van Buren Police

Officer James Hillen Van Buren Police

Angela Manarino Prosecutor Van Buren Twp.,

Gasiorek Morgan, Greco
McCauley& Kotzian PC

Defendant(s)


# COMPLAINT AND DEMAND FOR JURY TRIAL

# INTRODUCTION

1.      This is a prima facie complaint against Wyndham Hotels and Resorts et.al. by plaintiff

Daniel Luke Meier under 42 U.S.C. § 1983 depravation of civil rights, obstruction of justice 18

U.S.C. §1503, police misconduct 34 U.S.C.§ 12601, deliberate indifference to serious medical

needs color of law violations 18 U.S.C. § 242 , Racketeering (RICO)18 U.S.C. § 1961, unlawful

seizure (drivers license) 4th amendment to the constitution, violation of 1ST,5TH 14th amendments

to the constitution, acts of civil war 18 U.S.C.§ 2441, hate crimes 18 U.S.C. § 249, conspiracy

against rights 18 U.S.C. § 241, assault and battery MPC 750.81, accessory to assault and battery

MCL 750.505, aggravated assault MCL 750.81 (a), fraud MPC 750.218, wrongful imprisonment

750.349b, extortion MPC 750.213, Prohibited conduct investigation MPC 750.479 (c) ethnic

intimidation/racial harassment/religious discrimination MPC 750.147(b), legal malpractice

600.5838 (b), assault with attempt to commit murder 750.83, Defamation libel/ slander 600.2911

(publishing pictures), filing fraudulent police report MPC 750.411(a), death threats (gun)

750.483(a), refusal to comply with FOIA requests (MCL§15240 (6), MCL§15240 (b)),

advocating the overthrow of government by violent means 18 U.S.C.§ 2385 in violation of

separation of religion and state by Wyndham Hotels and Resorts and employees and the

Michigan Van Buren Township Police Department employees and others stemming from an

incident(s) which happened on December 12, 2021 at the Super 8 Motel 45707 I94 Service Dr.

Bellville, MI 48111.

2.      The 55-year-old plaintiff (victim), who is an ordained pastor, was racially harassed and

victim of an unprovoked violent assault and battery by two employees at the same time; Joshua

Levon Broughton and James Cory Broughton, both employees of the Super 8 Motel. The

defendant (s) only reason was because plaintiff was white, and wearing a cowboy hat. Afterwards, Van Buren Township police and others conspired (citations included) to commit further illegal acts with the perpetrators rather than upholding the law causing further physical, emotional, and financial harm to the plaintiff.

## BACKGROUND

3.      On December 11, 2021 Plaintiff was celebrating his birthday at the Diamondback Saloon on I94 service drive in Bellville, Michigan. The Plaintiff attended this bar to country-dance and celebrate his birthday. Plaintiff, not being a big drinker, usually has one drink the whole night or on occasion two drinks. On this birthday party night, however, some friends thought it would be more fun and entertaining to buy the plaintiff several drinks on his birthday.

4.      The Plaintiff was socializing and dancing with friends, while others were buying the drinks. Plaintiff was eventually unaware of the amount of drinks that were being purchased and set in front of him, as it was a party and the plaintiff never drank that much ever. The owner told them to stop buying the plaintiff drinks because the plaintiff does not ever drink like that, and it was clearly too much. The plaintiff later in the night passed out a couple times got sick and had to be taken to the hotel because he was in no condition to drive in anyone's car for any distance.

5.      Plaintiff was driven to the hotel by one of the girl patrons and one of the employees and carried into the Super 8 motel at approximately 2:00 a.m. on December 12, 2021. Plaintiff passed out on the couch in the lobby. (Defendant #1 Joshua the manager) called the police to complain about the plaintiff being passed out after trying to "wake him up 3 or 4 times". The (defendant#1) did not allege, on the recorded phone call to the police, that the plaintiff used any negative or derogatory words whatsoever. Plaintiff was not asked to wear a mask while in the

lobby at that time, and nobody was wearing a mask the entire time, and a mask was never even

mentioned to the police, which is verified by police body camera footage (Exhibit #1 picture (s)

of video with no masks on anyone).

Video: 136749441 Officer Mowbry body cam 12:12 approx. 4:00 a.m.:

12:12 @5:33 Officer Mowbry knocks on window, attendant (defendant#1) arrives at window
Mowbry says, " is he good to get a room if he gets a room?" Attendant: "Yeah"….."That's what
I asked him".

6.      The plaintiff, with the assistance of the police, prepaid for a room valid until checkout

12/13/22 11:00 a.m.. The plaintiff checked in without a mask and without even being asked to

wear one. (Exhibit #2 plaintiff checking in without a mask) The police had to assist the plaintiff

up to his room, again without a mask, and had to stabilize plaintiff in the hallway (Exhibit # 3

Officer stabilizing plaintiff in hallway) because plaintiff had difficulty walking and standing.

7.    On the video, the police officer can be heard saying that he expected an assault on the

plaintiff by the defendants. The perpetrator (Defendant #2 James) can be heard making fun of

and repeatedly harassing the plaintiff through the window while Plaintiff was checking in.

Video: 136749441 Officer Mowbry body cam:

12.12 @7:30 (Defendant #2 James) deliberately and repeatedly started making fun of and
harassing the plaintiff at check in through the window stating, "you don't even know where you
are" and laughing @7:35 Mowbry to other officer: "make sure he doesn't piss that guy off and
start something"

8.      As the police left the building, they again stopped by the office down stairs before

leaving and gave the defendants permission to physically assault the plaintiff if they wanted to

because the plaintiff was drunk and no one would "blame them" if they did because the Plaintiff

was intoxicated, making the police themselves an accessory to the attack and deliberately

inciting and provoking unlawful violence against the plaintiff. This video was cut short by the department to delete the officers downstairs at the window (Exhibit #4 letter from Van Buren).

9.      The plaintiff slept for a few hours, then went down to the lobby in the morning for breakfast around 10:30 a.m. still very inebriated. The plaintiff had lost his phone, so he asked the Attendant (defendant #1) in the office if he could use the lobby computer. The (defendant#1) said he would have to turn it on from the back, which he did. The exchange was normal and mutually cordial. After a few minutes, the second individual (defendant #2) who was taller and was standing in the lobby, then aggressively yelled at the plaintiff, "you have to be wearing a mask to be in here" even though no one else in the lobby was wearing one and nothing was said to anyone else. By defendant's own admission and statements later, it would become obvious this was a purely unprovoked racial attack on the Plaintiff. Plaintiff was being singled out, targeted, and harassed for being white, a "cracker", and a "fake cowboy" by the defendant's own words. Plaintiff stated he did not have a mask the defendant then threw a box toward the plaintiff.  Plaintiff took a mask, and then went up to his room to get a pen.

10.     When the plaintiff came back down to use the computer some more, the second individual in the lobby (defendant #2) threatened the plaintiff and said, "where's your mask boy, you cracker I told you, you have to wear a mask or I will kick your ass outta here". Plaintiff said, "I don't have it, I left it upstairs, you can get me another one then if you want me to really wear one and don't talk to me like that. The guy in the lobby (defendant#2) then aggressively approached the plaintiff grabbing the plaintiff. Then attendant (defendant #1) then ran out from the office door and physically attacked the plaintiff, grabbing the Plaintiff from the back trying to pull back the plaintiff's left arm. The Plaintiff threw the attendant (defendant #1) off him with his left arm, (defendant#1) landing several feet away and falling down.

11.    Then the lobby guy (defendant #2) punched the Plaintiff in the face as hard as he could causing scrapes on the plaintiff's nose and bleeding. The plaintiff then grabbed the lobby guy (defendant#2) by the shirt and locked him in a clinch that he was too weak to break away from. The attendant (defendant #1) then got up then ran towards the Plaintiff and sucker punched the plaintiff in the face from the side while plaintiff was locked up with the lobby guy (defendant #2). Plaintiff fell because he was wearing cowboy boots and still very inebriated. Both defendants together then pushed, punched and kicked the plaintiff outside while he was trying to get up. The Plaintiff immediately got off the ground, now very angry, then went after the lobby guy (defendant #2) who then got scared, screamed, and literally ran away in fear across the parking lot and out of site. Then the attendant (defendant #1), watching the other (defendant #2) run away, realized he was now all alone and panicked. Then, (defendant#1) ran inside into the office and locked the office door but still never called the police, because they initiated the violence and knew they were guilty.

12.    The plaintiff went back into the lobby and went up to the window. Plaintiff stated, "Why did you run away coward? Your little girlfriend just ran away across the parking lot." The attendant (defendant #1) stated to the plaintiff, " I have a gun and if you break down that door I will shoot you". Then (defendant #1) said, "We almost knocked you out cracker, fake cowboy. Plaintiff said, "you didn't knock me out, why don't you come on out of that room and you will see who knocks out who…. it took two of you to even challenge me ……a drunk old man". The plaintiff made no racial comments at all. Plaintiff then stated," I'm going to call the police". Attendant (Defendant#1) then stated his intent to lie to the police, "When police get here, I will just tell them you called me a nigger……". He was obviously trying to get the plaintiff to call

him a derogatory term on video, but the plaintiff just said, " I didn't call you anything liar". The Plaintiff then went upstairs to call the police.

13.     When the Van Buren Township police arrived, approximately 20 minutes later, plaintiff met two officers outside the lobby. The plaintiff spoke with the one officer initially, officer Patrick Wherman. The second officer, officer James Hillen, was being spoken to by the plaintiff later outside had a body cam, but the Van Buren Police refused to provide that video stating that he did not have it turned on, which s against department policy (Exhibit #5 department policy 424.5 activation). Wehrman went in to talk to the (defendant#1) by the name of Joshua who immediately went right off on the dirty lie he said he would use and stated:

12.12 @ 4:38 Wherman What's going on? @4:42 (defendant#1) "He's a racist person" Wherman: Okay. (defendant # 1) "he called me a nigger cause I asked him to put a mask on"

14.     Then (defendant#1) makes another ridiculous, fraudulent, and inconsistent lie referring to the police call earlier in the morning and we have proof from the video and audio.

12.12 @ 6:00 Defendant #1 "This morning I woke him up in my lobby and asked him to leave he used a racial slur again but I let it go". "They asked me if I would let him stay so I let him stay" "he get up in my face calling me a nigger."

15.     Defendant #1 is saying he asked the plaintiff to leave in the morning, but never mentions the plaintiff not wearing a mask or requesting plaintiff to wear one because it was not required and no one else was wearing one. Then he lies about being called a "racial slur" and a "nigger" but let the plaintiff stay anyway? What an unbelievable ridiculous lie! He also never mentions in the recorded phone call to the police, or when the police arrive the first time, any racial slurs at all. However, after they both commit an assault and battery on the plaintiff, then he "claims" he was called a racial slur but not before. He is a liar according to his own phone call and own

interaction and statements to the police all recorded earlier in the morning, it is just pure lies, defamation, evil racism and fraud:

16.　　Why were the defendants demanding the plaintiff to put a mask on when their own corporate policy states they are only required for unvaccinated guests? Also, how can committing an assault and battery on a guest by two employees at the same time be a part of "Your safety is a top priority"? That makes their corporate policy also a complete fraud:

**Wyndam resorts corporate policy audio recording:** *Your safety is a top priority, subject to local law or hotel policy facemasks are required for unvaccinated guests in public areas and strongly encouraged for all others.*

12.12 @ 0:20-0:40 (defendant #1) He was totally relaxed and laughing with the police officer, he never said he was called any names. Defendant #1 and #2 can be seen on both videos.

17.　　This is everything the Defendant said to the first police officers about the plaintiff outside before checking him in. They did not consider the plaintiff's conduct "disorderly" and neither did the police if they both wanted to check plaintiff in. It is clear on video the plaintiff (victim) was very cooperative. Curtis Mowbry body cam #136749441 appprox 3:45 a.m.. Also, Defendant #2 can be seen walking past the police outside.

Defendant #1 "I don't know who dropped him off or if he just stumbled over here I asked him if he wants to get a room here get a little rest I see he had throw up on him so I waited about an hour or so then I said hey you know you gotta get a room you can't be sleeping in my lobby. He's like I'm don't know where I'm at don't know how I got here. He said, I don't know either, you got a room here ? Naw. You wanna get a rom here? Naw You meeting somebody? He like, Naw. Do you have a car here? He like, Naw. How did you get here? I don't know. Well, are you going to trying to get a room? Naw. He says, You can't just sit in the lobby now, you have been here about two hours maybe a little bit after two a'clock, you been here about two hours you're going to have to leave. He's like, I can't go nowhere. Then I'm going to have to call the police"

18.　　Also, the audio of the phone call to the police the (defendant #1) never states any name calling or derogatory comments were made to him and even says he wanted the plaintiff (victim) to stay and simply stated on the audio call to the police: #04.43.13 0.18 "I had to wake him up 3

or 4 times" Then, after the assault and battery, (defendant #1) lies to the officer about the first time the other police came on video and is caught in his defamatory, racist lies. The plaintiff is also partially deaf in his right ear, and is partially disabled, so they are assaulting a handicapped person.

12.12 9:00 Attendant Defendant#1: I think if you tell somebody to leave shouldn't they leave? Wherman: "It would't be safe throwing him out" Attendant: Defendant#1 "Even though he called me a nigger?"

12.12 @6:08 police Wehrman "so run me down again how the assault happened"

12.12 @6:23 attendant (defendant#1 lying) said plaintiff said, "I ain't going nowhere boy" He said, "I said what you said" he said plaintiff said, "you heard me nigger"

12.12 @6:43 attendant (defendant #1 lying) "I said get out and he swung on me. Officer Wehrman: "what part in this did that partner of yours have? Attendant (defendant #1) "He helped me push him out"

12.12 @7:02 After he swung on you **how many times do you think you hit him**? Attendant (defendant#1)"**once**."

**MPC 750.479(c) (1) (b)** Person informed of criminal investigation shall not "knowingly and willfully make any statement to the peace officer that the person knows is false or misleading regarding a material fact in that criminal investigation".

**MPC 750.479(c) (1) (a)** Person informed of criminal investigation shall not "by any trick, scheme, or device knowingly and willfully conceal from the peace officer any material fact relating to the criminal investigation'

19.     Here is the problem with the defendant's obvious lying, defamatory, evil, false and misleading statement; the plaintiff (victim) is a certified legal assistant and **ORDAINED PASTOR** bought too many drinks by others on his birthday, so there no way at any time the word "nigger" was ever used even a single time by the plaintiff and there is no way the plaintiff ever "swung on" either of these defendant perpetrators ever, that is why they provided no evidence, deleted the video through a device in a trick or scheme to conceal the evidence, and cannot prove it because it is a lie. Defendants committed a clear act of racial intimidation; hate

crime, harassment, aggravated assault and battery and entrapment against the plaintiff. It did not

work how the defendant (s) wanted it to on video; that is why they never provided the police

with a copy of the video from the Super 8 Motel, even though they were specifically instructed to

do so, because it would show a sickening unprovoked attack on a paying, innocent, intoxicated

senior citizen customer purely because he was white and dressed like a cowboy. The very first

signs of the harassment by (defendant #2), who was the first one to punch the plaintiff, can be

seen and heard on the first video before the first officers even left with no one wearing masks,

the harassment had already begun, as evidenced on irrefutable police body cam footage, before

the police even left and the officer even mentions it on his body cam video.

20.     The (defendant #1) admits neither he nor his brother (defendant #2) was ever hit a single

time, he cannot describe how he was allegedly "swung on" because it never happened, he makes

the false allegation he was "swung on" without any proof whatsoever, they never called the

police, which was their only legal option, and openly admits to committing an assault and battery

and that he (defendant #1) " "hit" the plaintiff "once" and admits his partner (brother defendant

#2) helped in the assault. Also, the housekeeper admits she never saw them being "swung on" by

the plaintiff. The only ones documented on police body cam video as being "disorderly" were

both of the defendants. As prima facie proof we have this transcript of the video and video itself

with screen shots of defendant being "disorderly" (Exhibit # 6 pictures of (defendant #1) being

combative with police)

12.12 @7:37 Wherman asks him (defendant #1) for drivers license he says "why do you need my
drivers license?"

12.12 @7:40 Wherman "Since your going to be in my report I gotta put your info down"
Attendant (defendant#1) : He's coming in my business harassing me I don't think I should be
giving you my information"

12.12 @7:47 Wherman then states: **"it's an assault that happened"**

12.12 @7:55 Attendant (defendant#1 lying) "when they came this morning I asked you all to get him out of here but they wouldn't"

12.12 @8:06 Attendant: "he got slappy with me, then when two *white officers* came in he was calm cool and collected" No, "obviously you see racism all over that"

12.12 @8:30 The housekeeper lies with no evidence stating, "He was being racist towards him"

21.　　So @8:06 you can see that (defendant #1) is getting aggressive and he is the one becoming "disorderly and racist" even against the police by calling them "white officers". By the numerous lies in his statement, (defendant #1) clearly did not realize that he was on body cam in the morning with audio and he was asked and gave voluntary permission without any coercion whatsoever and even said he *wanted the plaintiff to get a room.* (Defendant#1) said on video:

Video: 136749441 Officer Mowbry body cam:
12.12 @ 5:33 Mowbry knocks on window, attendant arrives at window Mowbry says, " is he good to get a room if he gets a room?" Attendant (Defendant #1): "Yeah"….."That's what I asked him".

22.　　Officer Wherman admits that "**it's an assault that happened**". It is required by law charges be brought against the offending party immediately, because in this case you have an actual full recorded *admission* by the perpetrator himself which is evidence beyond simple "probable cause". You have the defendant himself who admits to committing the illegal act of assault and battery and punching the plaintiff once, and also admits to never being hit a single time and (defendant #2) helping him. No one has a right to assault a customer.

23.　　While he was stating his lies to officer Wherman in the lobby, plaintiff told the second officer James Hillen outside that (defendant#1 Joshua) said, before they ever arrived, he would just lie and say to them, "I will just tell them you called me a nigger" when the police arrive, which is precisely what (defendant #1) was saying to officer Wherman at the very same time on video.

12.12 @ 4:15 It is clear, on Wherman body cam, the second officer (James Hillen) has his body camera on and was required by department policy to have it turned on. (Exhibit # 1 center picture Hillen with body cam)

24.    When the video was requested from officer Hillen the plaintiff was informed that it was

not available because the officer did not have it turned on (Exhibit #7 e-mail), even though

department policy requires it. The video from the police department lobby was also not made

available (Exhibit #8 Tina Harmon e-mail), the plaintiff was told the video from the squad car

was not available with audio because there was a mechanical malfunction but no repair order

was made (Exhibit #9 Tina Harmon e-mail ). This would be consistent with the repeated

obstruction and the video from the Super 8 motel not being available either, also to obstruct

justice and a criminal investigation.

25.    Officer Wherman, while in the patrol car driving the plaintiff to the police station, would

admit to the plaintiff (victim) that (defendant #1) said precisely what plaintiff said the defendant

would say about lying about being called nigger, but the video and audio from the patrol car was

also not provided in violation of FOIA to obstruct justice. Plaintiff was told there was a

"mechanical malfunction" in the squad car so the audio was not working, but there was no repair

record of any malfunction when the plaintiff asked for it (Exhibit #10 e-mail Tina Harmon). Any

police equipment repair or malfunction is required to be documented by department policy

(Exhibit #11 department policy same as BWC policy 424.4).

26.    Officer Wherman took the plaintiff to the police department under false pretenses.

Officer Wherman stated he needed to take pictures of the injuries, because he did not have a

camera with him. It was actually a deliberate lie to take the plaintiff to the station where he

would have no means of contacting anyone, otherwise unlawful restraint and then continued

harassment of the plaintiff. Pictures of the plaintiff's injuries, were shared illegally with others

by officer Wherman.

12.12 @13:32 (defendant #1)"I don't understand when you tell someone to leave why they don't
leave" Officer Wherman stated @13:42 "I'm getting him out of here"

12.12 @14:20 Wherman: Joshua, you said you punched him back right?  Attendant: "Yes"
Wherman: "would you put that in here because that helps"

12.12 @15:12 Wherman " I'm going to get him out of here at the very minimum"

Wherman: "I'm getting him out of here right now and that is as far as I am taking it today"

Wherman: **"If your story's the way it happened and he's acting the fool I don't have a
problem with what you did"**

27.     Officer Wherman already admitted what defendant(s) "did" was an "assault " and battery.

Officer Wherman is committing an act of organized crime and acting as a co-conspirator to

conceal the crime. He is an accessory to the assault and battery after the fact by then agreeing

with the illegal act of the perpetrators and stating he did not "have a problem with" the illegal

criminal acts they perpetrated. By not arresting the perpetrator, and even encouraging the

commission of a crime, and taking further adverse prejudice action against the plaintiff (victim).

By refusing to even charge the guilty perpetrators, officer Patrick Wherman became an accessory

after the fact. The Plaintiff is the one who called the police and was the complainant and victim.

Van Buren Township denied the plaintiff equal protection under the law, and deliberately

obstructed justice. Nothing the defendant said could validate their illegal, criminal and evil

behavior. They were caught in a lie, but even if they did have a problem with a customer, their

one legal recourse is to call the police and file charges themselves. There is no way in hell they

were ever called a "nigger". They have no right at all to assault an innocent customer.

Defendants never even tried calling the police, because they committed the crime and lied about

parts of it on video but still admitted to committing assault and battery on video.

12.12 @ 17:00 Outside the door plaintiff (victim) can be heard saying: "I didn't even hit them back, I never even hit them back"

12.12 @ 17:26 Wherman "I want to take you to my station so I can get some pictures of your face, then we can call a lift from there"

12.12 @ 17:31 Wherman: "because I don't have a camera with me we can get the abrasions and go from there"

28.    When the plaintiff and officer Wherman arrived at the Station, officer Wherman, rather than getting the camera he said he supposedly needed, unclips the body camera from his uniform and gets a close up of the plaintiffs face with the exact same camera he had on him the whole time, this can all be seen and heard on video (Exhibit #12 plaintiff injury pic PD lobby). He deliberately lied to deceive the Plaintiff and falsely restrain the plaintiff. He took the plaintiff to the police station under completely false pretenses to harass and mislead the plaintiff while plaintiff still had a whole day paid for at the Super 8 Motel and could have made a call to get picked up.

29.    Officer Wherman then outrageously asks the plaintiff for his passwords to his private e-mail, then takes the plaintiff's driver's license and then never returns it. Officer Wherman then makes excuses for not calling uber or lift or even a friends phone number for a ride. Officer Wherman then refused to give the plaintiff a ride home or even ask permission to do so from the sergeant to get his heart medicine; putting the plaintiff (victim's) life and health in danger. The plaintiff actually ended up walking out of the police station on a December day after being assaulted that same morning because the police refused to provide assistance. This is also why Officer Wherman is an accessory after the fact to the assault and battery. Plaintiff was later informed that officer Wherman deliberately transposed the numbers for the plaintiff's phone number on the police report so no one could contact the plaintiff (victim). This would be

consistent with his comments on video of conspiring with the perpetrators advocating the illegal

and unprovoked assault and battery

12.12 @ 15:15 Wherman talking to (defendant #1): "I'm getting him out of here right now and that is as far as I am taking it today" "If your story's the way it happened and he's acting the fool I don't have a problem with what you did.

30.     Several Days later the plaintiff spoke with Sergeant Abdilla of the Van Buren Police

Department:

**Transcript Sgt. Abdilla conversation
6:30 p.m. Monday December 20th**

**One may record ones own conversations with others it is legal in Michigan. Eavesdropping statute does not apply to "ones own conversations" Sullivan v. Gray, 117 Mich. App. 476, 481, 324 N.W. 2d 58, 60 (1982). Michigan is a "participant exception" state.**

12.20 @ 8:20 Sergeant: umm, what's your phone number? Do you have something to write with? They got it transposed on the report.

12.20 @ 8:34 Me: uh Yes.

12.20 @ 8:35 Sergeant: Detective Long L.O.N.G. His phone number is 734-699-8905. Call him tomorrow between the hours of 8 and 4. I just wanted to get your information, I will send him your number, it looks like it got transposed in the report. 899 7023?

12.20 @ 9:20 Me: 248-991-7023......248-991-7023

12.20 @ 9:24 Sergeant: He also transposed the report as 07 instead of 70 allright.

12.20 @ 9:26 Me: Yeah...hummmm

12.20 @ 9:34 Sergeant: I going to send him an e-mail tonight, thinking that may be why you haven't heard from him, the detective. I'm going to send detective long an e-mail tonight that I spoke with you, um and send him the proper phone number and then just give him a call...umm tomorrow.

12.20 @ 9:49 Me Okay, I will do that.

12.20 @ 9:56 Sergeant: You want to press charges, if there's things you need to add then just send it to him in e-mail.

12.20 @ 10:02 Me: Yes sir.

12.20 @ 10:04 Sergeant: and add those things so...all right?

12.20 @ 10:05 Me: Yes sir. Thank you Sergeant.

31.     The plaintiff (victim) then gets in contact with detective Long who only wants to harass and assign blame to the plaintiff (victim) rather than do his job based on the facts. There is nothing in the law, which gives people a right to assault someone just because they are peacefully intoxicated, or there wouldn't be bars in the first place. The plaintiff is seen in both videos being very calm and cooperative. It is also very clear during all the videos that the plaintiff is never "disorderly". Being intoxicated does not create the assumption of being "disorderly" under the law. For detective Long to make such a prejudice assumption is unjust and baseless police harassment. It is clear from the video that the only ones being disorderly are both of the defendants. On both videos, each one independently can be seen acting disorderly and erratic time and time again, not only to the plaintiff, but the police themselves. Detective Long had access to the body cam video and the statements where they admit to committing an assault and battery, but he deliberately misrepresents the incident in the conversation with the plaintiff and also ignores defendants checked the plaintiff in, and even asked to check the plaintiff in earlier in front of the police with no mention of wearing a mask. Also, they even admit threatening assault on the plaintiff if he does not comply, rather than stating they would call the police as they did earlier.  Their fake mask requirement was to harass only the plaintiff and no one else, and then they admit to committing the actual assault on video.

**Transcript Detective Long (excerpts)**
**Dec. 23, 2021 WED. 10:04 A.M.**

12.23 @ 3:33 Det. Long: "Okay, let me just back up a couple things, here is my concern with your case, for one there is **no video available to substantiate any claim of assault on either part**. Two, you are intoxicated in an establishment where **you could be charged for disorderly**, which did not happen. It looks like you are claiming the employees **were trying to get you out of the Hotel** and you became assaulted…and it is hard to take a statement from someone who is

that intoxicated and have a factual basis of what went on. Do you understand what I am saying? You have a **claim that you were assaulted but here you are intoxicated** and can't recall the total events of what happened. I have no videos to substantiate because they video only lasts 10 hours and the **Hotel itself could file charges against you for disorderly**."

32.    Detective Long repeatedly lies to the plaintiff, "there is no video available to substantiate any claim of assault on either part", yes there is, they admitted they "hit" the plaintiff and that they never were hit themselves on the police body camera! First, there is proof, physical evidence, and an admission of an assault and battery by the defendants, it is the defendants, ***not the plaintiff***, that need the video for a defense of what they admitted they did and there is evidence of them doing with documented injuries. The defendants were specifically instructed on video by officer Wherman to prepare and download the video by whatever means necessary and have it ready to pick up and they did not do that even though a card was left requesting a copy. Detective Long then states, " you were intoxicated at an establishment where you could be charged with disorderly". His statement is baseless harassment, the plaintiff was never disorderly, and even the first call from the defendants themselves proves that conclusively.

33.    Being intoxicated someplace does not automatically justify a charge, or even an assumption of being "disorderly"; they are separate distinct behaviors. If his prejudicial statement were true, there would be no restaurants or bars that would serve alcohol at all. He says, "you claim you were assaulted". Officer Wherman, on camera, tells the (defendant#1) to his face that it was an assault and Long had access to this video. Then Long tries to invalidate it by saying, "but here you are intoxicated" when he had full access to the body cam footage with the defendants admitting to the assault and even inviting the plaintiff to stay even after waking him up "3 or 4 times" earlier with no complaint of disorderly conduct. Detective Long also again makes the threat that "Hotel itself could file charges against you for disorderly". No they can't, and that is a complete lie and harassment unless they want to falsify the charges like his false

allegation in the first place. Plaintiff even offers to take a polygraph test, but detective Long does

not accept. It is easy to see the negligent, harassing, and adversarial stance detective Long was

taking. No real investigation, equal protection, or due process of law was going to take place if

he had anything to say about it, this is clearly an act of police harassment and intent to obstruct

justice considering all the prima facie evidence he has to work with.

12.23@ 3:45 Me: First of all I would say I do recall the morning because it was the morning.

12.23 @ 3:47 Det. Long: Yeah but you were still drunk.

12.23 @ 3:48 Me: Yeah but that doesn't mean I don't remember anything.

12.23 @ 3:54 Det. Long. Yeah, but put you in front of a jury…

12.23 @3:55 Me: I would, I would also take a polygraph test if you wanted me to.

12.23 @ 4:00 Det. Long: That's not admissible

12.23 @ 4:08 Me: As a matter of fact, I will probably take one anyway.

12.23 @ 4:10 Det. Long: I'm not discrediting what you are saying, but I have no proof at this point. I have you, your drunk word, against two employees.

12.23 @ 4:21 Det Long: You know what I am saying..

12.23 @ 4:22 Me: So, the fact is, if we just go by the facts, the facts are that I was attacked, I was physically grabbed, punched in the face several times, by both gentlemen, um and part of what we would do is investigate see what his story is, what my story is, what the second guys story is put all that together. So what are they saying happened, that I just got mysteriously got hit by myself?

12.23 @ 5:12 Det Long: No, no, no I am not discrediting…. from what I understand from the officers report was is that you were intoxicated in the lobby, **you became disorderly**, they tried to get you to leave, they carried you outside and dumped you in the rocks outside. That's only the last thing I remember. I went back to both employees and spoke with **alledgedly both employees**. The one employee went to the hospital because of injuries from you …..allegedly.

12.23 @ 5:40 Me: I'm sorry , what?

12.23 @ 5:44 Det Long: I went to the hotel the next morning, roughly the next morning, **and I spoke with the employees, or alleged employees, owner and their video only recorded up to 10 hours**. It was after the 10 hour mark that I went there and uh um both employees one had gone to the hospital later that day after the altercation with you. I don't know if he is claiming injuries or injured by you? And the second employee apparently went to the hospital with covid. So, I didn't have an opportunity to talk with either of them.

34.     Later there was more elaboration by the Plaintiff about initial communication with (defendant#1):

12.23 @ 6:25 Me: Oh okay. Well, Umm, They hit me, and I never hit them a single time. The main thing is when I came down. There was one gentleman that was in his office behind the bulletproof glass thing, and I asked him earlier I said, I tried to turn on the computer and the computer wouldn't turn on. I pushed the little button and he came out, I was like the computer is not working up here, and he goes oh, I'll have to turn it on….and so that is the only conversation I had with that gentleman at all the entire morning. Then I went on the computer, I was looking up peoples phone numbers and stuff like that.

12.23 @ 8:56 Me: So we know there are two individuals, we know there is an altercation; we know that one ran away for some reason. Why would he run away unless he did something wrong? The other one ran back into his office, why would he run back into his office if I was going back in? Umm..why would you…Why would he ever come out of his office in the first place?

12.23 @ 9:41 Detective Long Apparently they're brothers..

12.23 @ 9:58 Det. Long: Then there was no video and stuff so I closed the case. So what I am going to have to do is backtrack a little bit now. What I'm probably going to do is start with a photo lineup together for you so you can figure out who is who and I will know who is who in the report and who did what and we can go from there.

12.23 @10:20 Me: Ok, Remember, I came back in and he was behind the glass. So I come back in he goes, "hey cracker, we just about knocked you out. I said, first I walked back up to my room then I called the police then I came back down and went to his window. I said, I just called the police. He said, "I'll just tell them you called me a nigger" I said, "Dude, I didn't call you anything I didn't call your buddy anything. I didn't call anybody anything. He said well, we almost knocked you out. I said, well why don't you come out from behind that glass and well see who knocks who out and he starts shaking getting all sweaty and everything….and that was about it. Then I just waited for the police to come.  Officers showed up, I walked over to the car. So you can see I remember pretty well what happened.

12.23 @ 11:47 Me: Yeah, well, we know I was assaulted because we have pictures.

12.23 @ 11:50 Det Long Well, I guarantee you they are going to claim the same thing …..and you were being disorderly. So, let me .

35.     Again, Detective Long is again displaying his ignorance and prejudice by making false

and harassing statements against the plaintiff (victim) with absolutely no evidence to back up his

harassing comments of plaintiff being "disorderly". Also, the fact is, they did not say the same

thing. This is not how a victim is normally treated by a legitimate detective in a situation of

aggravated assault; detective Longs behavior is inappropriate, unprofessional, illegal, and a

complete fraud.

12.23 @ 12:00 Me: Well, then shouldn't they have called the cops? ..... if there is someone
disorderly in their lobby, isn't it their responsibility to call the police then?

12.23 @ 12:20 Det. Long Uhh, well they can try to get them to leave on their own, that's
depending on their own policy.

12.23 @12:25 Me: Through physical force?

12.23 @12:28 Det. Long That's not my policy, **that's their policy whether they lay hands on
someone or not.**

12.23 @12:30 Me: Yeah exactly, because that is assault, its battery actual battery. So, they
violated the law by attacking me.

36.      So now detective Long is saying the Super 8 Motel "policy" of committing assault and

battery is more important to him than the civil rights of an individual under the law. He is

admitting to advocating and supporting an illegal "policy" of violent means of terrorist

communism where the government (his department) conspires with companies (the Super 8

Motel) and individuals (defendant #1 and defendant #2) to violate an innocent paying customer's

civil and constitutional rights regardless of what the law says. The defendants under the law were

to be arrested and detained *immediately* after they admitted to the illegal act. It was also the

responsibility of the Van Buren Police to *immediately* apprehend (defendant #2) who ran away

across the parking lot, and *immediately* call the owner to view the video, and *immediately*

confiscate the gun (defendant#1) threatened the plaintiff with, all of which they did not do.

12.23 @12:45 Det Long: I'm not going to dispute that with you sir. You keep rehashing this, I
just told you what I am going to do. For you to keep rehashing the story is not helping at all. I
have to back up now because you didn't give the officer the right phone number, he didn't
transpose it right and they don't have any video so. I don't have a whole lot to go on.

12.23@13:05 Me: I gave him the right number, the sergeant also said he probably transposed it.

12.23 @13:12 Det Long: Well, maybe maybe not, you were intoxicated how do you know that?
That's my point, that's the problem here you were still drunk you said.

12.23 @13:20 Me: I remember a lot, just because you're drunk doesn't mean you're unconscious.

37.     Again, detective Long is not doing his job and is continually harassing the plaintiff. On

body cam video, plaintiff can be heard telling officer Wherman the correct phone number, and he

had access to this video:

12.12 @ 2:41 video Wherman: What's a phone number for you? Me: 248-991-7023
Wherman:0123? Me: 7023 Wherman: 7023.


Also, you can see what he wrote down on his notes (Exhibit #13 picture of video freeze frame of

notes with correct number)

38.     Again, detective Long with absolutely no evidence, keeps trying to blame the plaintiff for

everything under color of law by using what is called an illegal "false flag" rather that doing a

proper investigation. He actually states that rather than calling the police that Super 8 motel's

"own policy" of assault and battery is "their policy whether they lay hands on someone or not".

Detective Long has no legal right to be putting an illegal "policy" of violence over the law while

continually harassing and arguing with the plaintiff (victim). Police are to protect and serve, not

oppress, harass, and advocate violence and assaulting innocent victims.

12.23 @13:40 Me: Is there a law stating that if someone is drunk that their memory means
nothing? That's the thing.

12.23 @13:50 Det. Long : It severely impacts the case

12.23 @13:52 Me: well at least it was the next morning, and I do remember I called the police,
you can get the recording of when I called the police....

12.23 @ 14:06 Det Long: I need the video is what I need and they don't have it.

12.23 @14:08 Me: You know, that's very unusual that they wouldn't have the video.

39.     Defendants were required to get a copy of the video and were specifically requested to do

so, they are guilty obstructing a criminal investigation. Officer Wherman even gave them a card

saying "copy of video" that can be seen on camera. He was actually supposed to call the owner

*immediately* to get him to come in and get the video right then. Normal hotel policy is to keep 30

days worth of video, not 10 hours, and there was absolutely no proof provided to validate that

ridiculous statement of only 10 hours of video. It is most likely a complete an utter lie.

12.12 @ 8:44 video Wherman "do these cameras work in here?" Attendant: Yeah. Wherman: "is
it possible we could get video? Defendant#1: Not until tomorrow when my boss is here, I don't
have the password."

12.12 @ 16:20  video Wherman gave them a card saying "copy of video" said, "if you could
give that to them then either call us when its done and we'll send somebody up or if you could
put it on a zip drive I'll come get one on a disk I'll come grab it tomorrow night" Attendant
(defendant#1): "Well, he'll be here tomorrow at 9:00" Wherman: well I won't be in tomorrow
until 6:00 p.m. But if you could get that ready and have it up here at the front desk then someone
can come grab it."

40.      Detective Long says being intoxicated "severely impacts the case" not under the law it

doesn't according to the wording unless they can prove it actually did, but he is clearly ignoring

and obstructing the law. His statement is another "false flag", and intentional misrepresentation

of the circumstances, because the defendant's own statements incriminate themselves without the

plaintiff saying or doing anything. Both videos demonstrate the plaintiff was never disorderly

and they were. Then, even though there is no doubt who the perpetrators are, and they do have

body cam video, detective Long then wants to get the plaintiff to identify and do a picture lineup

just to corrupt the case if possible. He actually lies and says he doesn't know who the second

defendant is, but somehow supposedly *has a picture of him for the lineup*? If he never met with

the defendant, how did he get his picture for a lineup? It's just more ridiculous lies, fraud, and

harassment, detective Mike Long just refuses to do his job and follow the law. The perpetrators

should have been arrested immediately, since they admit to never being hit and committing the

assault and battery and since they didn't arrest them immediately now they just want to "muddy

the waters" even further and corrupt and obstruct a very easy case with video admissions.

12.23 @ 15:06 Det. Long: I may be able to meet you somewhere up that way, Novi police department or something. Present these lineups to you and see if you can ID them either way save you a trip down here. But if not I'll have you come by the station and have to present two lineups to you. But I'll work on that.

12.23 @ 15:25 Me: Is there any question at all as to who these individuals actually were?

12.23 @15:31 Det Long: Umm I have their names. I got the first name from the officer, then the owner gave me the name of the second individual.

12.23 @ 15:35 Me: Okay

12.23 @ 15:39 Det Long: But I can't, you'll have to ID them to me, because they could say this is the person but I have to be able to prove that was them so I have no video now I have to prov....I have to back up go with who you think this is even though the owner said oh that's his brother he went to the hospital. He could say well, I was in Kentucky then.

41.     Detective Long keeps reiterating he has no video from the motel, which he failed to

retrieve it on a timely basis, supposedly. But, more likely he asked them to delete it after seeing

the evidence was in the plaintiff's favor. He is basically trying to mischaracterize and making up

excuses and lying about what he needs to further harass the plaintiff and prevent the case from

moving forward. He doesn't need the plaintiff to ID anyone; he already has their names and even

an admission. This can be shown by the fact he never mentions the body camera footage either

and later even denies having the written statements he already has in his possession.

12.23 @16:52 Me: Well, is there anybody denying who these two individuals were? Because I don't deny it was the manager.

12.23 @17:00 Det Long: Sure all they have is who they hired, all I have is a name you need to be able to identify them I keep telling you that.

42.     There is no excuse for this asinine behavior at all by detective Long, it is straight out

harassment to waste the plaintiff's time because he knows exactly who they are. He still never

mentions the body cam video and the owner told the detective the names of both of the

individuals. There is no further validation needed if the owner tells you it is their own employees

only a complete incompetent would even doubt it, he could get the payroll records and look at

their drivers license, and watch the body cam video if he wanted further validation.

Additionally, it appears by the detective's statement, that this is not the first time this kind of

illegal behavior has happened at this Super 8 motel, so they have a history and have done this

before.

12.23 @ 17:04 Det Long: I don't have any video so it is your word against whoever employees
name, I don't know that. That's why you have to be able to ID these people…and that is where I
have to start. Go to put a line up together make sure it is them, I'll reach out to them if that's who
they are and we'll back track from there. If they'll cooperate, if not I will just submit the
prosecutor the way it is and she can determine from there.

12.23 @ 17:38 Me: Okay so if they don't want to cooperate. So they're not cooperating…?

12.23@ 17:45 Det Long: It looks bad on them, and I'll tell you we have had problems with that
hotel before, so it is not that big of a surprise to be honest with you.

43.     Detective Long is stating, "it is your word against whoever employees name", the fact is

there is no disagreement on the facts between the plaintiff and (defendant #1) that the plaintiff

never hit them and they both attacked and hit the plaintiff illegally. If the plaintiff was disorderly,

which he was not, they would have called the police before or after the incident, or they would

have never checked plaintiff (victim) in to a room in the first place, they would have said so on

the phone call, and there would be video evidence from the body cam. It is not up to the Van

Buren police to legalize an admitted assault and battery in their jurisdiction just because they

want to. Detective Long has to say, "to be honest with you" because he is almost always corrupt

and flagrantly dishonest about the entire rest of the case.

There was a **second call to detective Long on Jan 4, 2022 7:50 a.m. call #2**
and it is simply more obvious lies and deliberate misrepresentations:

01.04 @ 0.55 Me: The Perpetrators, is there any doubt as to who the perpetrators are?

01.04 @ 0:57 Det. Long: Umm I don't know, you tell me (laughs) I can't identify the second
one, I don't know who it was.

01.04 @ 1:07 Me: didn't you say they were brothers?

01.04 @ 1:13 Det Long: Just because someone tells me that's who they are doesn't mean that's who they are. We don't get a whole lot of cooperation from that Hotel.

01.04 @ 1:20 Me: Umm Yeah, Did they do a written statement of what happened?

01.04 @ 1:28 Det. Long: Um, not that I am aware of.

01.04 @ 1:30 Me: They did not… oh

01.04 @ 1:36 Det Long: Because it's umm, let me look here We have your written statement and that's it , yeah just yours

44.     Again, we have the body camera and in the first conversation he admits being told who

there people are by the owner, and it is on the initial report, but sates "Umm I don't know, you

tell me" then laughs. In the video (defendant#1) can be seen writing out a statement. When asked

if the defendants have made any statements Detective Long states, "Um, not that I am aware of.".

Then he states another lie, "We have your written statement and that's it, yeah just yours "

01.04 @ 4:33 Me: Yeah that had to be the manager that said that because the other guy ran away, he ran across the parking lot and ran away..

01.04 @ 4:39 Det. Long: Okay.

01.04 @ 4:41 Me; You can find this, my cousin is an investigator, so he was kind of concerned about what is going on with probable cause … he was concerned with probable cause and everything else….. you have the perpetrators. So he's admitting to physically touching me.

01.04 @ 5:00  Det. Long : Again like I told you we have a dispute here between you and him because they are going to say you came in, you were disorderly, you swung on him, he swung on you.

01.04 @ 5:10 How does he get out from behind his office? I never swung on him, If I would have, I didn't swing on anybody. I didn't swing on anybody nobody got swung at and If I did it would have been a lot different.,,,because that would have been way different. I was shocked that I got hit, then I got hit again by each one of them and I mean, where do they get off like punching me in the face? I'm a paying customer. I came down there to use the computer once, then I came down there again after I made a call. and I never called them the N word, never ever and that is not…what he did is he called me a cracker and said you're a fake cowboy and that is why I got attacked because they hate fake cowboys and they hate crackers. So he admitted verbally why he attacked me. Why would he have ever come out of his office if he was the only one that did the thing?

45.     On the defendant's statement he admits they were illegally harassing the plaintiff about

wearing a mask when no one else was wearing a mask. It states defendant (s) was never hit but

was "swung on" but there is no evidence of that because they deliberately deleted the video, and

never even called the police but there is evidence and admission that both defendants physically

attacked the plaintiff (victim). So there is no "dispute" as to whether an illegal assault and battery

occurred against the plaintiff.  Even if his lie was true, the Michigan self-defense act MCL

780.972 only provides for two situations in which you may use force with no requirement to

retreat and his excuse does not meet either one. He never states he was in danger of death or

great bodily harm, and was required to retreat anyway; his fake excuse is insufficient under the

law to avoid aggravated assault and battery charges. Absent these circumstances, Michigan still

recognizes the common law duty to retreat, especially since there were two of them.

46.     You cannot claim the act of self-defense if you acted wrongfully, were committing a

crime of felony racial intimidation and harassment, and were actively inciting violence. In this

case, there was no attack except by the defendants anyway, that is why they deleted the video.

The detective should have asked the defendants, "Why are you asking him to wear a mask when

no one else is wearing one?" "Why didn't you require him to wear one at check in, or when you

talked to him "3 or 4 times" earlier in the lobby the first time before police arrived?", "Why do

you admit to repeatedly harassing this person through nefarious means and no one else?", "Why

didn't you retreat and call the police rather than attacking this customer after he supposedly

"swung" on you, but you admit he never hit you?", as part of detective Long's investigation.

01.04 @ 6:20 Det Long: what was the other guy doing?
01.04 @ 6:25 Me; He was just in the lobby, just hanging out. Does he even work there?
01.04 @ 6:30 Det Long: Did he do anything to you.

01.04 @ 6:32 Me: Yeah, he's the first one who attacked me the one in the lobby, the bigger guy. Yeah the little guy is the one in the office he is like 5'6 or something. He's a little guy, the big guy is the one that attacked me. He's the one that attacked me first.

01.04 @ 6:48: Det. Long How tall would you say he was..

01.04 @ 6:50 Me: I'd say six foot

01.04 @ 6:52 Det. Long: Okay.

01.04 @ 6:55 Me: But the thing is that….. I never called them anything.

01.04 @ 7:00 Det Long: It's a he said he said..

01.04 @ 7:06 Me: Well, there is nothing wrong with asking them if they will take a polygraph right? You can as them. You can say hey, this guy is saying he will take a polygraph, will you?

01.04 @ 7:15 Det. Long: First of all, I can't ask him if I don't know who he is, I'm trying to tell you that.

47.     Detective Long keeps deliberately lying and being argumentative about not knowing who

the second defendant is and asks what he did when he already has the plaintiff's written

statement and admitted he was told who it was and has the body cam video also to back it up.

01.04 @ 7:21 Me: He's the manager

01.04 @ 7:23 Det. Long: The second guy.

01.04 @ 7:27 Me: No I'm talking the manager right now. You have a written statement from the manager, and you said the other guy was his brother.

01.04 @ 7:37 Det Long: Allegedly, that is what the uh owner told me. but I don't know who his brother is you need to help me identify him.

01.04 @ 7:45 Me: Okay well, could you ask the manager who his brother is?

01.04 @ 7:50 He was there the day before too, he was in his office.

01.04 @ 7:54 Det Long: Yeah, and I told you I went there to talk to them and get video and no one was around they were both in the hospital.

48.     No, detective Long is lying again, that is actually not what he said, what he said was:

12.23 @ 5:12 Det Long: I went back to both employees and spoke with allegedly both employees.....

12.23 @ 5:44 Det Long: I went to the hotel the next morning, roughly the next morning, and I spoke with the employees, or alleged employees.....

49.    Detective Long then states 01.04 @ 9:58 Det Long: "It's a simple assault case". Well, it

is not a simple assault case under the law, it is aggravated assault with injuries. It was two

individuals racially motivated in a hate crime of racial intimidation ganging up on a 55 year old

innocent customer with them calling him cracker and fake cowboy and forcing him to wear a

mask against their own company policy when no one else is wearing one. If they were so

concerned with having a mask, then they would not be allowed to get closer than 6 feet from the

plaintiff because they would violate their own guidelines. They *violated their own social*

*distancing* by attacking the plaintiff without masks on and would have called the police if there

really was someone being disorderly, that was their only legal option and they already did it once

earlier in the morning so there was no excuse.

01.04 @ 8:50 Det Long: I have a manager saying you came in, you were disorderly, you refused to leave and you swung at him.

01.04 @ 8:57 Me: How could I swing on him if he was in his office?

01.04 @ 8: 59 Det. Long: you said he came out from behind his desk.

01.04 @ 9:00 Me: That is what I am saying, how did he come out from behind his desk? He needs to fill in that time frame.

01.04 @ 9:05 Det Long: He can come out from behind that desk.

01.04 @ 9:10 Me: He had to come out the door, yeah but I talked to him earlier and we had there was no problem with the conversation. But what I am saying is that if you get him to tell the story a couple of times, it will change because it is a lie.

50.     Then after all the claims of not being able to identify the second individual, Long finds

that another investigator is critical of his ridiculous antics and failure to do a proper investigation

he leaves the following message:

01.04 @ Jan 4, 2022, (8:42 a.m. Voicemail) Mr. Meier Detective Long calling back. I'll get a
little more into this when I get a little more time I have other priority cases I need to look at right
now. I'm going to see if I can reach back out to the Super 8 see if I can try to find out who this
other employee is and try to interview him. Umm I'm not sure why it wasn't determined at the
time, umm but I try to save you the hassle of coming in for the lineup at this point.....

Call with Angela Manarino Prosecutor:
JAN 26,2022 12:50 P.M.

1.26 @ 1:52 Me; Let's just say it was 10 hours, they arrived there when I called probably within
about 20 minutes.

1.26 @1:53 Prosecutor: Okay

1.26 @1:55 Me: So I was wondering what the disconnect was with just downloading the file at
that time?

1.26 @1:58 Prosecutor: I'm not sure; you would have to talk to the hotel management about that.

1.26 @ 2:50 Prosecutor: I understand you're not satisfied with the outcome

1.26 @ 2:54 Me: I was attacked, I would have been killed if I was on blood thinners

1.26@ 2:59 Prosecutor: Okay, and if you want to pursue any sort of civil remedy

1.26 @ 3:27 "You say, you say you were attacked, they have their side of the story. You admit
on the video you were intoxicated while that was going on, that you were still drunk from the
night before.

1.26@ 3:40 Me: "What does that have to do with being attacked?"

1.26 @ 3:41 Well, well I'm not sure if you are aware of this or not but alcohol can impact your
decision making, how you perceive events.

1.26 @ 3:49 Well, I'll take a polygraph test if you want probable cause. I remember exactly what
happened.

1.26 @ 3:49 Prosecutor: Okay.

1.26 @ 3:50 @ Me: and I would like to see if they're willing to take one

1.26 @ 4:06 prosecutor: "Yeah, well the polygraphs are unnecessary, we've reviewed this matter
in detail, there is not enough to issue a warrant in this case and we're not going to be moving
forward with it."

1.26 @ 4:17 Me: "I was physically attacked."

1.26 @ 4:18 Prosecutor: "I understand you have injuries as a result of what happened, but it's not a case that we can prove an assault and battery"

1.26 @ 4:26 Me: That is not true, that is absolutely not true.

1.26 @ 4:30 If you would let me finish speaking before you interrupt me I would greatly appreciate it

1.26 @ 4:40 Me: wow…wow…

1.26 @ 4:45 Me: well, the problem here is that you're incompetent, you refuse to follow the law, you're breaking the law.

1.25 @ 4:55 You want to be rude, you want to interrupt and want to speak over people because you think that if you just badger me I will cave…

1.26 @ 5:00 No, no there are laws, there are laws in this country

1.26 @ 5:07 I told you our determination, I'm sorry you are dissatisfied with it, but the decision is what it is. If there are any questions that do not include you trying to badger me that I can answer for you?

51.     We know the defendant's "side of the story" in no way denies, and even admits, the assault on the plaintiff. It is not her or her firms right to make an arbitrary "determination" not to charge outside the law where the prosecutor plays judge and jury; that is called tyranny. They are supposed to enforcing the law in all circumstances and denial of the facts in a case is obstruction of justice and malpractice. So, the firm she works for are "attorneys for the Township". She stated it was, "our determination" so she is conspiring with others to make the decision to violate the plaintiff's civil rights and ignore the law whereby their policy is literally communism and allowing the plaintiff to be attacked by criminals. This is a violent means of implementing their own illegal government agenda of ignoring and depriving others of civil and constitutional rights under the law.

5:41 Me: Wait, you work for a firm and you work for the city?

5:50 Prosecutor: "Yes I do."

5:56 Me: You work for the township and you work for a firm, that is very interesting.

5:59 prosecutor: "We are the attorneys for Van Buren Township and my function is a prosecutor"

52.　　Since the Van Buren Police deliberately ignore the law, the governing effect of the law

has been replaced and overthrown by the ones who are choosing to ignore it. Whatever means

they allow or promote; racial violence, tyranny or oppression they use to govern outside the law

is their actual form of communist government by definition. Van Buren Township and their

representatives are actually racketeering, by doing dishonest and fraudulent business dealings

with the motel by adhering to their illegal "policies". If the law is taken away from the people in

Van Buren Township the arbitrary actions of what is left is actually a satanic "religion" or core

set of beliefs that is unrighteous. It is a religion of corruption; it is the satanic religion of

corruption in the Old Testament. The plaintiff later spoke with the chief of police and he said,

"You are not innocent", which is an absolute lie. So he thinks he can abuse citizens and slander

them and judge guilt or innocence of a victim with no evidence of any wrongdoing? That is not

his right, or his job, or even a correct statement, it is slander, harassment, illegal, and a lie and

shows his incompetence and tyranny. How dare he defame and harass a completely innocent

victim, it is disgusting evil and should never happen to anyone.


## ILLEGAL IMPLEMENTATION OF A SATANIC RELIGION VIOLATING THE SEPARATION OF RELIGION AND STATE

53.　　This unprovoked racially motivated assault and battery on the plaintiff is the current

implementation of the Old Testament satanic color religion of corruption. Plaintiff is a pastor and

was wearing a cross at the time of the assault and battery by the defendants, which can be seen in

the video, and was still illegally attacked out of unprovoked religious, and racial hate. In the

Bible liberals conspired with Africans and their half African half Jewish King to use the

government to enslave and use whips on white people to build satanic temples and make them subservient to Africans. In the report from Detective Long, (defendant #2) states plaintiff was not "taking orders from them" as if a customer is supposed to be racially harassed and given "orders" when the company policy is that vaccinated people do not need to wear a mask and absolutely no one else was wearing a mask anyway. Defendants also admit trying to extort money from the plaintiff to pay for the mask when it was not required by company policy (Exhibit #14 Police Report Page 6 Paragraph 1). Africans being allowed to physically abuse white people is part of a satanic Old Testament color religion of corruption. (1 Kings 12:11,1 Kings 12:14, 2 Chronicles 10:11. 2 Chronicles 10:14) Solomon's Son Rehoboam: "My Father laid on you a heavy yoke; I will make it even heavier. My father scourged you with whips; I will scourge you with scorpions", and that was their evil "attitude" (1Kings 11:11) as referenced by God.

54.     The Bible is an actual history book of the implementation of forms of government getting involved and mixing with religion and how it's leaders failed. What happened as a result of the corruption back then is commonly referred to today as communism. In the Old Testament there was a king, a fake son of God (1 Chronicles 28: 6-8), and their fake liberal messiah; who because he was corrupt (1Chronicles 28:5-7 NIV), God rejected him "forever" as "evil" (1Kings 11:6) (1 Chronicles 28:9). The liberal sect of the religion said he was the greatest King ever, greater in riches and wisdom than all other kings of the earth (1kings 10:23 2 Chronicles 9:22). He was half African and half Jewish; his mother was Bathsheba (from Sheba which is Ethiopia) and his father was King David. Bathsheba was originally married to Uriah the Hittite but King David had him killed and impregnated her through an unholy relationship creating an illegitimate offspring who turned out to literally be Satan personified. That is why the Bible says not to intermarry "If you intermarry with them and associate with them then you may be sure that the

Lord your God will no longer drive out these nations before you. Instead, they will become snare and traps for you, whips on your backs (Solomon) and thorns in your eyes, until you perish from this good land which the lord your God has given you" (Joshua 23:12-14). This is always the Bibles stated position on this topic, without exception. (Deuteronomy 7:3, 1 Kings 11:2, Ezra 9:14)

55.    However, Jeremiah said about his writings, after Solomon's death, that the scribes who wrote his books lied and handled it falsely and their claim of wisdom was false (Jeremiah 8:8). Solomon was not wise if God said he was "evil", (1 kings 11:6) worshipped Satan, and was rejected forever (1 Chronicles 28:9). Because of his satanic "attitude", God tore the kingdom away from him (1 Kings 11:1). Even his mother Bathsheba stated they were criminals (1Kings1: 21). There is no evil of "racism" against Africans anywhere in the Bible, they were even given the entire kingdoms of Israel and Judah and still unjustly persecuted and used racism against white people and were judged by God accordingly because of their evil unprovoked "attitude".

56.    Solomon and his son caused the downfall of Israel and Judah through civil war, and his satanic religion was that of evil "corruption". His hill was even called the "Hill of Corruption" (2 Kings 23:13) where there were living child sacrifices (abortion) burned alive to Satan in fire and all manner of evil Satan worship (Jeremiah 7:30-32) (Jeremiah 19:4). However, to deceive the gullible, he and the scribes never ignored the "word" God completely, he "mixed in" extreme satanic corruption and perverted the religion with other illegal acts and outright lies and still tried to include it in the Bible to corrupt the book and fill it with falsehoods (similar to how detective Long, chief Wright, Angela Manarino and others deliberately corrupted this investigation). He corrupted the entire religion and the forms of worship at the time on the "Hill of Corruption" (2 Kings 23:12-14). The pure truth, without lies and corruption, had to be saved so: "The word

became flesh and made his dwelling among us, we have seen his glory, the glory of the ***one and only son*** who came from the father full of grace and truth (John 1:14), that's why it says this.

57.      After the corrupt and perverted Song of Solomon (Satan personified), the prophets tried to fix the mess and evil corruption that Solomon and the scribes created, but it was too far-gone. The corruption was in writing, and there had to be a New Testament and only begotten Son of God born out of purity and righteousness, someone "greater than Solomon" (Matthew 12:42 Luke 11:31) a King of Kings (Rev 17:14) to be the savior from this corrupt government color religion of oppression and physical abuse. Rather than born of immorality, like Solomon, Jesus's mother will be a virgin (Isaiah 7:14). No "real" Son of God would ever make the religion impure and kill people as offerings to Satan; for what do a Son of God and Satan have in common (2Corinthians 6:14-15)? Even Solomon's time for everything (Ecclesiastes 3) is criticized by Jeremiah as not being that wise that even the birds know the seasons and the unwise scribes lied about the writings because they still did evil (Jeremiah 8:6-8).

58.      The revelation is that there was a fake Son of God and fake messiah in the Old Testament, which was Solomon, Satan in human form. So Jesus had to be God in human form and perfect to show what a real Son of God is and undo the evil corruption. This was to create a new covenant through the "Holy Spirit" so people would stop "deliberately sinning" and repent of accidental ones (Hebrews 10:25-27) and stop doing evil to each other (like this assault and battery) (Acts 17:15) and killing and corrupting innocent children (Hebrews 10: 26-27). If your faith is real you change, you become holy (born again) with the help of the Holy Spirit, not a different spirit (2 Corinthians 11:4), by accepting it in you. The beast of 666 (Revelation 13:18) is stated as a number of an evil beast of a man mentioned inside the Bible, the one who did the devils work of corruption of the religion.

59.    Solomon was the king that caused the downfall of the entire nations of Israel and Judah through corruption, Satan worship, slavery, pagan whoring, and insane child sacrifice and was never redeemed but rejected "forever" as evil. Solomon was paid 666 talents of gold (in taxes) a year to corrupt the religion (1Kings 10:14, 2 Chronicles 9:13) and he was a slave trader. Also, Those who followed him were considered of the church or synagogue of Satan (Revelation 2:9, Revelation 3:9), which is what Solomon's book "Ecclesiastes" means by definition. The book Proverbs was written with the help of King David before he died and before Solomon got older and turned to Satan worship and betrayed God. Ecclesiastes (which means church or synagogue of Satan) is also Solomon's book and demonstrates the religion of corruption. Song of Solomon is the Song of a Satan worshipper and Satan personified rejected forever by God for corrupting the religion and being the embodiment of the evil Satanic corruption and pagan whoring. Also, it was stated that Solomon had a dream if you walk in obedience to me I would give you a long life. Solomon did not have a long life and only lived to be around 60 years old. (1Kings 3:14-15).

60.    This is why the after the corruption by the Song of Solomon, Jeremiah speaks against dreamers and false prophets (Jeremiah 23:27-32, Jeremiah 27:9) Peter also states that only prophets carried by the holy spirit spoke from God's will (2 Peter 1 19-21) and all real scripture is good for training in righteousness to serve God with good work not immorality and corruption (2Timothy 3:15-17). This is why the Old Testament is filled with chaos and corruption and the fall of nations; it was so bad there had to be a New Testament and a real only begotten Son of God. The reason Jesus appeared was to destroy the devil's work in Solomon (1John 3:8).

61.    Today Africans are being called by a color "black" rather than Africans, and Europeans called "white", yet Chinese, Japanese, Indians, Arabs, Koreans and others are referred to not as yellow or red or brown but by their national origin.  This is the implementation of the satanic

religion that persecutes white people and uses Africans to do it based on "color" as a pretext. It is a scientific fact that people do not judge others on skin color, but on their "attitude" and their behavior as the Bible says. Indian people have no problems assimilating yet have dark skin but are never referred to as "black" and never use it as an excuse or claim "racism". We know who started this fake "color religion" as a pretext for harassment against white people.

62.     Solomon made color an issue to deflect criticism from his evil attitude and corruption to implement his satanic religion. "Do not stare at me because I am black, because I am darkened by the sun" (Song of Solomon 1:5-7) and that is still the pretext today, so that is another facet of that religion. Color is not the problem, and never has been for thousands of years. Also, Indians were under colonial rule for hundreds of years up until 1947, and built a fantastic nation by learning and applying what they learned. Indians don't seek reparations or have spite or envy because of their color; they create their own success and don't spite the Europeans who taught them methods to be successful that they built upon through respect and appreciation. Solomon also had that attitude of spite about learning and "much study wearies the body" (Ecclesiastes 12:11). Using the color terms of white or black on any government forms or documents is a violation of the separation of religion and state because it is the state sponsored implementation of a discriminatory evil color religion of lies and corruption.

63.     Children are also taught CRT theory in schools as a part of this evil "religion" of lies and corruption. Africa sold their slaves who were unwanted convicted criminals (murders, thieves), on a commuted criminal sentence for Africa to make money. Most would have been killed, or died of starvation and disease in Africa. They were given an opportunity in America to have a better life than they ever could have had in Africa and most were treated very well regardless of many being the worst criminals of all that Africa wanted to get rid of. Life was tough for all

settlers at this time, but they had better food, better housing, than many settlers and only had to work during planting and harvest seasons for the most part; compare and contrast how Solomon used whips on white people who were not criminals at all, just to oppress them and build satanic temples and then took their money through excessive taxes to get his 666 talents of gold. They even tried to trap Jesus with questions about taxes (Mathew 22:17, Matthew 22:21, Mark 12:17, Luke 20.25) but he was not falling for that government entrapment scheme. Saved from death and disease, some Africans did not appreciate the opportunity in America but many did and succeeded. Anyone can succeed in America with the proper "attitude" if they worked for it like everyone else, unless they embraced the attitude of resentment and the evil color religion of corruption and lies that was perpetuated by the religion of lies.

64.     The Plaintiff is not going stand idly by to be the victim of the implementation of this satanic religion of lies and corruption that persecutes and illegally attacks white people and releases criminals and manipulates law enforcement to persecute the innocent, whether normal citizens or famous as Jesus (John 18:38-40). Jesus was betrayed murdered and crucified (Acts 7:52) for being white and right as set forth in Matthew detailing his genealogy, they said crucify him even though Pilate said he found no basis for the charges (Luke 23:4, Luke 23:14, John 18:38, John 19:4, John 19:6).

65.     Examining Ecclesiastes as the synagogue of Satan in the Old Testament by its name is clear. There are observations but no recognition of the wages of sin or God's word and the religion was changed (corrupted) forever after Solomon. Solomon had many Satanic Gods on his "Hill of Corruption": Ashtoreth, Molek, Chemosh, Baal (1 Kings 11:5-7) This a small sample of the corruption of Solomon: Solomon called himself "the teacher" yet says "everything is meaningless " (Ecclesiastes 1). There were false prophets…false teachers among you secretly

introducing destructive heresies denying the sovereign lord" (2 Peter 2:1). Solomon falsely says, "Money is the answer for everything" (Ecclesiastes 10:19) Yet says, " whoever loves money never has enough whoever loves wealth is never satisfied with their income. This too is meaningless" (Ecclesiastes 5:10) New testament says: "love of money is the root of all kinds of evil" (1 Timothy 6:10) Jesus said specifically, "you cannot serve both God and money" (Matthew 6:24, Luke 16:13) Solomon's life was meaningless: "So I hated life...all of it is meaningless to me" (Ecclesiastes 2:17), Solomon does not know the real God " who knows if the human spirit rises upward?" (Ecclesiastes 3:21) Jesus died and rose again (1 Thessalonians 4:14).

66.     Solomon: "Since no one knows the future who can tell someone else what is to come?" (Ecclesiastes 8:7) Solomon: "No one can discover anything about their future (Ecclesiastes 7:14) Jesus did and predicts his death (Matt 16:21, Matthew 17:22, Matthew 20:17), Jesus predicts Peters denial (Mark 14:27, John 13:31) Solomon: No one has power over the wind to contain it (Ecclesiastes 8:8) Jesus replied, "you of little faith why are you afraid?" and he rebuked the wind and the waves and it was completely calm (Matthew 8:26) Solomon: "No one has power over the time of their death" (Ecclesiastes 8:8) Jesus did: "Father the hour has come" (John 17:1-2) Jesus cried out my God my God why have you forsaken me...then Jesus breathed his last (Mark 15:33-37) Solomon is the shepherd with a goad of nails (Ecclesiastes 12:11) Jesus is the Good Shepherd (John 10:11, John 10:14) Solomon's son: My father made your yoke heavy; I will even make it heavier. My father scourged you with whips I will scourge you with scorpions (1Kings 12:14) Jesus said, "My yoke is easy and my burden is light" (Matthew 11:30) Solomon is a liar and states, "All share a common destiny- the righteous and the wicked, the good and the bad" (Ecclesiastes 9:1-2) Jesus said, "evildoers will be thrown out of the kingdom of God" (Luke 13:27-28) Solomon denies the holy comforter "they have no comforter" denying knowledge of

Jesus (Ecclesiastes 4:1) Paul states: "Our comfort abounds through Christ" (2Corinthians 1:5)

Solomon: "I bought male and female slaves (Ecclesiastes 2:7) Slave traders , liars and

perjurers…contrary to sound doctrine (1Timothy 1:9-11). Jesus said, "I know your afflictions

and your poverty yet you are rich! I know about the slander of those who say they are Jews and

are not but are a synagogue of Satan (Ecclesiastes) (Revelation 2:9) Solomon: "I amassed silver

and gold for myself" (Ecclesiastes 2:8). Moses says, "He must not accumulate large amounts of

silver and gold" (Deuteronomy 17:17) Solomon doesn't pray to God but talks to himself with

delusions: "The fate of the fool will overtake me also. What then do I gain by being wise? I said

to myself, this too is meaningless" (Ecclesiastes 2:15) Jesus prays to God continually and gives

us the Lord's Prayer (Matthew 6:9-13) Solomon was selfish, "they must leave all they own to

another who has not toiled for it…a great misfortune" (Ecclesiastes 2: 21). Jesus: " I am the good

shepherd, the good shepherd lays down his life for the sheep" (John 10:11) Solomon says, "No

one can fathom what God has done from beginning to end" (Ecclesiastes 3:11) John says, "In the

beginning was the word, and the word was with God, and the word was God, Jesus was with

God in the beginning" (John 1: 1-2) Jesus says, "all things have been committed to me by my

father (Matthew 11:27) Jesus says, "I am the Alpha and the Omega the beginning and the end"

(Revelation 21:6). That's why it is literally a Revelation compared to what was before.

67.    Solomon's God (s) is not the same God as Jesus; and Solomon has a different faith than

Jesus or Moses. Solomon says to keep the commandments, but adds in a bunch of deceptions and

falsehoods creating "corruption" within the faith (Ecclesiastes 11:13) that's why his hill was

called "The Hill of Corruption" and his books reflect this fact. Jesus is the pioneer and perfecter

of faith (Hebrews 12:2). Solomon speaks of what we today call "communism" as his "corrupt"

government sponsored religion denying justice and rights and oppressing the people

(Ecclesiastes 5:8). Solomon says God does good and evil (Ecclesiastes 6) But God cannot be tempted by evil nor does he tempt anyone (James 1:13) Solomon said, "There is no one on earth who is righteous no one who does what is right and never sins "(Ecclesiastes 7:20), Paul said about Jesus," Was there ever a prophet your ancestors did not persecute? They even killed those who predicted the coming of the righteous one. And now you have betrayed and murdered him."(Acts: 7:52) Moses said, "The Lord your God will raise up you a prophet *like me from among your own people*"; You must listen to everything he tells you" (Deuteronomy 18:15,18-19) (Acts 3:22, Acts 7:37) God says about Jesus: "This is my son, whom I love; with him I am well pleased. Listen to him."(Matthew 3:17, Matthew 17:5). Solomon continually sinned and sacrificed children in the fire. "We know anyone born of God does not continue to sin; the one who was born of God keeps them safe" (1 John 5:18) Moses said, "Choose life so that you and your children may live" (Deuteronomy 30:19) Jesus said, "Let the little children come to me and do not hinder them, for the kingdom of heaven belongs to such as these" (Matthew 19:14, Mark 10:14, Luke 18:16) That is why all of these things were done by Jesus and had to happen. This is why the Bible is in writing and not to be falsely "interpreted" by false delusional corruptors with false wisdom and nonsense (Isaiah 44:25) (Jeremiah 14:14, Jeremiah 23:26) but applied to itself in historical fact, truth, and intelligent study with real modern application.

68.  If Congress shall make no law establishing a religion per the first Amendment, then no agency of the government has the right usurp congressional power to implement any such evil religion of oppression and violence including Van Buren Township Police conspiring with Wyndham Hotels and Resorts and their employees. This case will be posted on social media and plaintiff will take this case all the way to the U.S. Supreme Court, if necessary, by petition for writ of certiorari for permanent historical documentation purposes, and for viewable access to all

forever. Any obstruction or fraud related to these instant proceedings will be addressed by other

42 U.S.C §1983 proceedings and those individuals being added as defendants.

# **CONCLUSION**

Wherefore, based on the irrefutable facts with exhibits set forth in this complaint,

plaintiff requests of the Honorable Court to find in favor of the plaintiff and award judgment

Under 42 USC §1983 for depravation of civil rights and other state and federal violations of law

set forth herein against the defendants and award the plaintiff the sum of  $50,000,000.00 (Fifty

million dollars) including fees and costs and any other compensatory and punitive damages

plaintiff in entitled to for having to bring forth this case.

Dated : December 7, 2022

Respectfully Submitted,

/s/ Daniel Luke Meier

**P.O. Box 1146**
**Farmington, MI 48332**
**PH 248-991-7023**
**lmeier265@yahoo.com**

# Exhibit #1

## Exhibit #1



## **Nobody is ever wearing a mask**.

# Exhibit #2

## Exhibit #2



Plaintiff checking in without a mask. Neither defendant wearing a mask

On police body cam, plaintiff checking in with the police present, no mask and never asked to wear one. Neither defendant is wearing a mask.

# Exhibit #3

Exhibit #3



Officer stabilizing plaintiff against the wall to keep from falling

Although they state on the report the plaintiff had no problems walking, clearly that was not the case, as the officer Mowbry had to stabilize the plaintiff ( right of picture) to keep him from falling in the hallway.

# Exhibit #4

*ExhibiT #4*

On Tuesday, August 16, 2022, 04:26:31 PM EDT, Harman, Tina <tharman@vanburen-mi.org> wrote:

Hello Luke,

I have spoken with our IT Director, here are his responses to you video inquiries:

1. "I'm missing the remainder of the video from the first officers that came in around 4:00. There should be additional video of them stopping at the office and getting back into their cars"  If they stopped at the office that video does not exist. The next video I have in the program is for an unrelated domestic.

2. "I am also completely missing the video from the second officer that I was speaking to out in the parking lot while the one officer was in talking with the defendant." – That officer never turned on the bodycam so that video does not exist either.

3. "I am also missing additional video of when I got into the squad car and the ride from the car to the station. Thank you" – That video does exist but was not included because there is no sound the microphone was malfunctioning. I can make a copy but it's 2:00 minutes of still a backseat photo.

Please let me know if you would like him to make a copy of the video for inquiry #3 and contact me if you have any questions.  Thank you.

## Tina Harman

*Public Safety Records Clerk*

*Van Buren Twp. Public Safety Department*

46425 Tyler Rd. | Van Buren Twp, MI 48111

**Police Records Office: (734) 699-8939   Fax: (734) 699-6469**

# Exhibit #5

● Van Buren Police Departm● *ExhibiT #5*
LE Policy Manual

*Portable Audio/Video Recorders (Body Worn Cameras)*

recording device and related software captures the user's unique identification and the date and time of each recording.

Members should document the existence of a recording in any report or other official record of the contact, including any instance where the recorder malfunctioned or the member deactivated the recording. Members should include the reason for deactivation.

## 424.5 ACTIVATION OF THE AUDIO/VIDEO RECORDER

This policy is not intended to describe every possible situation in which the recorder should be used, although there are many situations where its use is appropriate. Members should activate the recorder any time the member believes it would be appropriate or valuable to record an incident.

The recorder should be activated in any of the following situations:

(a) All enforcement and investigative contacts including stops and field interview situations

(b) Traffic stops including, but not limited to, traffic violations, stranded motorist assistance and all crime interdiction stops

(c) Self-initiated activity in which a member would normally notify the Dispatch Center

(d) Any other contact that becomes adversarial after the initial contact in a situation that would not otherwise require recording

At no time is a member expected to jeopardize his/her safety in order to activate a portable recorder or change the recording media. However, the recorder should be activated in situations described above as soon as reasonably practicable.

### 424.5.1 CESSATION OF RECORDING

Once activated, the portable recorder should remain on continuously until the member reasonably believes that his/her direct participation in the incident is complete or the situation no longer fits the criteria for activation. Recording may be stopped during significant periods of inactivity such as report writing or other breaks from direct participation in the incident.

Once an event has been stabilized, if it is necessary to discuss issues surrounding the investigation or tactics with a supervisor or another officer in private, audio/visual equipment may be turned off or muted.

### 424.5.2 SURREPTITIOUS USE OF THE AUDIO/VIDEO RECORDER

Michigan law permits an individual to surreptitiously record any conversation in which one party to the conversation has given his/her permission. Members may surreptitiously record any conversation during the course of a criminal investigation in which the member reasonably believes that such a recording will be lawful and beneficial to the investigation.

Members shall not surreptitiously record another department member, on- or off-duty, without a court order unless lawfully authorized by the Chief of Police or the authorized designee.

# Exhibit #6

Exhibit #6





**DEFENDANT #1 BEING A DISORDERLY LIAR**

# Exhibit #7

*Exhibit #7*

On Tuesday, August 16, 2022, 04:26:31 PM EDT, Harman, Tina <tharman@vanburen-mi.org> wrote:

Hello Luke,

I have spoken with our IT Director, here are his responses to you video inquiries:

1. "I'm missing the remainder of the video from the first officers that came in around 4:00. There should be additional video of them stopping at the office and getting back into their cars"  If they stopped at the office that video does not exist. The next video I have in the program is for an unrelated domestic.

2. "I am also completely missing the video from the second officer that I was speaking to out in the parking lot while the one officer was in talking with the defendant." – That officer never turned on the bodycam so that video does not exist either.

3. "I am also missing additional video of when I got into the squad car and the ride from the car to the station. Thank you" –  That video does exist but was not included because there is no sound the microphone was malfunctioning. I can make a copy but it's 2:00 minutes of still a backseat photo.

Please let me know if you would like him to make a copy of the video for inquiry #3 and contact me if you have any questions.  Thank you.

**Tina Harman**

*Public Safety Records Clerk*

*Van Buren Twp. Public Safety Department*

46425 Tyler Rd. | Van Buren Twp, MI 48111

# Exhibit #8

12/1/22, 10:41 AM — Yahoo Mail - FW: [EXTERNAL EMAIL] Re: [EXTERNAL EMAIL] Re: [EXTERNAL EMAIL] Re: [EXTERNAL EMAIL] Re: [EXTERNAL EMAIL] Re: [EXTER…

Case 2:22-cv-02091-FW Re: [EXTERNAL] Re: [EXTERNAL] Document 57 Filed 12/09/22 Page 57 of 70

8/26/22 7:40 A.M. Tina Harmon 

EXHIBIT #8

Supposedly the second officer did not have his body camera turned on, as required, which misses a lot of the testimony by me in regards to the circumstances and what was said which was basically me telling him, without guessing, exactly what perpetrator said he was going to say to the officers to totally lie to them about me calling them nigger, which never happened! Also the fact that they called me a cracker and a fake cowboy. Also, that he threatened to shoot me with a gun he said was in the office.... That was never checked either.

The department did not retrieve the video from the motel as would be normal department procedure.

First video of the first officers going back down to the office after walking me up to the room is supposedly missing.

Now, it seems I am being denied the video from the lobby in the police station itself? Why would that be?

Are you now also not responding to my e-mails for the rest of the FOIA request....?

If there is any problems moving forward just let me know if you are not going to communicate with me anymore. Thank you.


Regards,

Luke Meier




On Monday, August 22, 2022, 08:13:52 PM EDT, Luke Meier <lmeier265@yahoo.com> wrote:


Thank you Tina,

Is there any response to the other requests for the repair order for the Mic in the cruiser and the video and audio in your lobby at the department?

Regards,

Luke


On Monday, August 22, 2022, 09:18:56 AM EDT, Harman, Tina <tharman@vanburen-mi.org> wrote:

# Exhibit #9

*Exhibit #9*

## RE: [EXTERNAL EMAIL] Re: [EXTERNAL EMAIL] Re: Van Buren Township FOIA Response

From:  Harman, Tina (tharman@vanburen-mi.org)

To:  lmeier265@yahoo.com

Date:  Wednesday, August 17, 2022 at 07:32 AM EDT

Hello Luke,

The police cruiser video is available, however the microphone malfunctioned so there is no audio (mentioned in response #3). I will have our IT Director make a copy of the video for you. We do have our own body camera policy. I have forwarded your email to our Deputy Chief, he will follow up with you regarding your request for the policy. Please contact me if you have any questions. Thank you.

**Tina Harman**
**Records Clerk**

**Van Buren Twp. Public Safety Department**
46425 Tyler Rd. | Van Buren Twp, MI 48111
Office: (734) 699-8939  Fax: (734) 699-6469



CONFIDENTIALITY NOTICE: This communication constitutes an electronic communication within the meaning of the Electronic Privacy Act, 18 U.S.C. § 2510, et. seq. The contents of this email message and any attachments are intended solely for the addressee(s) and may contain confidential and/or privileged information and may be legally protected from disclosure. If you are not the intended recipient of this message or their agent, or if this message has been addressed to you in error, please immediately alert the sender by reply email and then delete this message and any attachments. If you are not the intended recipient, you are hereby notified that any use, dissemination, copying, or storage of this message or its attachments is strictly prohibited. Failure to abide by these provisions will result in legal and equitable action taken against you, as identified in 18 U.S.C. §§ 2520-21.

**From:** Luke Meier [mailto:lmeier265@yahoo.com]
**Sent:** Tuesday, August 16, 2022 7:42 PM
**To:** Harman, Tina <THarman@vanburen-mi.org>
**Subject:** [EXTERNAL EMAIL] Re: [EXTERNAL EMAIL] Re: Van Buren Township FOIA Response - Ready for Pickup

CAUTION: Please be careful when opening links and attachments.

Hi Tina,

Thank you for the follow up. I do have a couple other questions thank you. The police cruiser should also have video with audio from inside the car. Do you have that?

Also, below is Michigan State Police procedure for body cams is the Van Buren rules the same? If it is not, can you send me a copy of yours? Thank you again.

# Exhibit #10

Case 2:22-cv-11951-NGE-EAS    ECF No. 1, PageID.61    Filed 12/09/22    Page 61 of 70



*Exhibit #10*

Supposedly the second officer did not have his body camera turned on, as required, which misses a lot of the testimony by me in regards to the circumstances and what was said which was basically me telling him, without guessing, exactly what perpetrator said he was going to say to the officers to totally lie to them about me calling them nigger, which never happened! Also the fact that they called me a cracker and a fake cowboy. Also, that he threatened to shoot me with a gun he said was in the office.... That was never checked either.

The department did not retrieve the video from the motel as would be normal department procedure.

First video of the first officers going back down to the office after walking me up to the room is supposedly missing.

Now, it seems I am being denied the video from the lobby in the police station itself? Why would that be?

Are you now also not responding to my e-mails for the rest of the FOIA request....?

If there is any problems moving forward just let me know if you are not going to communicate with me anymore. Thank you.


Regards,

Luke Meier


On Monday, August 22, 2022, 08:13:52 PM EDT, Luke Meier <lmeier265@yahoo.com> wrote:



Thank you Tina,

Is there any response to the other requests for the repair order for the Mic in the cruiser and the video and audio in your lobby at the department?

Regards,

Luke


On Monday, August 22, 2022, 09:18:56 AM EDT, Harman, Tina <tharman@vanburen-mi.org> wrote:

# Exhibit #11

**424**

*Exhibit #11*

# Portable Audio/Video Recorders (Body Worn Cameras)

## 424.1  PURPOSE AND SCOPE

This policy provides guidelines for the use of portable audio/video recording devices by members of this department while in the performance of their duties. Portable audio/video recording devices include all recording systems whether body-worn, hand-held or integrated into portable equipment.

This policy does not apply to mobile audio/video recordings, interviews or interrogations conducted at any Van Buren Police Department facility, authorized undercover operations, wiretaps or eavesdropping (concealed listening devices).

## 424.2  POLICY

The Van Buren Police Department may provide members with access to portable recorders, either audio or video or both, for use during the performance of their duties. The use of recorders is intended to enhance the mission of the Department by accurately capturing contacts between members of the Department and the public.

## 424.3  MEMBER PRIVACY EXPECTATION

All recordings made by members on any department-issued device at any time, and any recording made while acting in an official capacity of this department, regardless of ownership of the device it was made on, shall remain the property of the Department. Members shall have no expectation of privacy or ownership interest in the content of these recordings.



## 424.4  MEMBER RESPONSIBILITIES

Prior to going into service, each uniformed member will be responsible for making sure that he/she is equipped with a portable recorder, issued by the Department, and that the recorder is in good working order. If the recorder is not in working order or the member becomes aware of a malfunction at any time, the member shall promptly report the failure to his/her supervisor and obtain a functioning device as soon as reasonably practicable. Uniformed members should wear the recorder in a conspicuous manner or otherwise notify persons that they are being recorded, whenever reasonably practicable.

Any member assigned to a non-uniformed position may carry an approved portable recorder at any time the member believes that such a device may be useful. Unless conducting a lawful recording in an authorized undercover capacity, non-uniformed members should wear the recorder in a conspicuous manner when in use or otherwise notify persons that they are being recorded, whenever reasonably practicable.

When using a recorder, the assigned member shall record his/her name, badge identification number and the current date and time at the beginning and the end of the shift or other period of use, regardless of whether any activity was recorded. This procedure is not required when the

# Exhibit #12

# Exhibit #12



Picture of plaintiff with body cam in police lobby.

Officer Wherman picture with body camera in police department lobby, after falsely stating he had to take the Plaintiff to the department to get another camera to use to take this picture but never did get another camera because it was a false pretext.

# Exhibit #13

Exhibit #13



Officer Wherman body cam video of him writing down the proper phone number for the plaintiff, which was not the same number he put on the report. Detective Long used this to harass the plaintiff, stating maybe plaintiff gave him the wrong number when Long had audio and video proof otherwise.

# Exhibit #14

CR No: 210013066

Redaction ID: 371320

*Exhibit #14*

Later in the morning, victim was downstairs at the computer and was told he needed a mask. A mask was provided to victim the first time who was seated at the computer, who then got up an left. Victim then returned without a mask and was confrontational about not having a mask and was told he had to purchase the second one for $1. Victim at some point called both suspects a "nigger" and "boy" and was not taking orders from them. He was then advised needed to go back to his room or leave.

James states at some point he walked away, was in the back and heard a scuffle. He came out to see Joshua and victim in a scuffle James states he split them up and told victim to leave, and was escorted outside. He then made his way back into the hotel, went back to his room. Police arrived escorted him from the building.

Joshua and James both deny assaulting the victim who was intoxicated, and victim calling them racial slurs.

**FOLLOW UP**
01/12/2022 - case sent to LOCAL prosecutor for review

**DIGITAL EVIDENCE**
01/17/22 - BWC & 911 was requested, prosecutor

**LOCAL - WARRANT INFORMATION**
Denied, lack of evidence

**CASE DISPOSITION**
**CLOSED**

*This makes No sense " at some point " this is incompetent investigating of a Fraudulent statement of something he never did.*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Daniel Luke Meier

## DEFENDANTS

Wyndham Hotels and Resorts et.al

**(b)** County of Residence of First Listed Plaintiff   Oakland   26/25
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Wayne   26163
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Pro Se

Case:2:22-cv-12991
Judge: Edmunds, Nancy G.
MJ: Patti, Anthony P.
Filed: 12-09-2022 At 12:02 PM
Meier v Wyndham Hotels and Resorts
Corporation, et al (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [X] 3  Federal Question (U.S. Government Not a Party)
- [X] 2  U.S. Government Defendant
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | Product Liability | | | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 820 Copyrights | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | | 835 Patent - Abbreviated New Drug Application | 460 Deportation 470 Racketeer Influenced and Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 480 Consumer Credit (15 USC 1681 or 1692) |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 485 Telephone Consumer |
| 190 Other Contract | 360 Other Personal Injury | 371 Truth in Lending | 720 Labor/Management Relations | | Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 380 Other Personal Property Damage | 740 Railway Labor Act | **SOCIAL SECURITY** | 490 Cable/Sat TV |
| 196 Franchise | | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI 865 RSI (405(g)) | 891 Agricultural Acts 893 Environmental Matters |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | | 895 Freedom of Information Act |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application 465 Other Immigration Actions | | |
| | 448 Education | 550 Civil Rights 555 Prison Condition 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. 1983
Brief description of cause:
Civil rights and color of law violations

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ **$50,000,000.00**

CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE   December 6,   2022
SIGNATURE OF ATTORNEY OF RECORD   s/s Daniel Luke Meier

**FOR OFFICE USE ONLY**